UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **DEBRA ANN ROMO,** | ) |
| Petitioner, | ) No. EDCV 06-0528 ODW (AJW) |
| v. | ) |
| **DAWN DAVISON, WARDEN,** | ) ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: September 24, 2009

_____
Otis D. Wright II
United States District Judge