UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEBRA ANN ROMO, | Case No. EDCV 06-528-ODW (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DAWN DAVISON, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: September 24, 2009

_____
Otis D. Wright II
United States District Judge